Joseph A. Lepera
joseph@leperalaw.com
Patrick A. Hormillosa
patrick@leperalaw.com
Kelsea A. Villanueva
kelsea@leperalaw.com
LEPERA + ASSOCIATES, PC
870 Market Street – Suite 845
San Francisco, California 94102
Telephone:    415.362.2529
Facsimile:    415.362.9022

Attorneys for Plaintiff
DANIELLE KEITH

Richard S. Falcone, Bar No. 95265
rfalcone@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road. Suite 800
Irvine, California 92612
Telephone:    949.705.3000
Facsimile:    949.724.1201

Fernando Torres, Bar No. 358744
ftorres@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue, Suite 302
Fresno, California 93704
Telephone:    559.244.7500
Facsimile:    559.244.7525

Attorneys for Defendant
TEXAS ROADHOUSE MANAGEMENT CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE KEITH, an individual,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TEXAS ROADHOUSE MANAGEMENT CORP., a Kentucky corporation; and DOES 1 to 25, inclusive,<br><br>　　　　　　Defendant. | Case No. 1:25-cv-00310-JLT-BAM<br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO ARBITRATE AND STAY PROCEEDINGS PENDING ARBITRATION**<br><br>District Judge:　　Jennifer L. Thurston<br>Magistrate Judge:　Barbara A. McAuliffe<br><br>Complaint Filed:　January 31, 2025<br>Superior Court Fresno County |

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

1

[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO ARBITRATE AND STAY PROCEEDINGS PENDING ARBITRATION

**Error! Unknown document property name.**

**[PROPOSED] ORDER**

Upon the Stipulation jointly submitted by Plaintiff DANIELLE KEITH ("Plaintiff") and Defendant TEXAS ROADHOUSE MANAGEMENT CORP., ("Defendant") (collectively, Plaintiff and Defendant are referred to as the "Parties"), by and through their respective counsel of record, and good cause appearing therefrom,

IT IS HEREBY ORDERED that:

1. Pursuant to the terms of the "Arbitration Agreement" between the Parties, all of Plaintiff's claims against Defendant in the above-captioned action shall be submitted to final and binding arbitration;

2. The action currently pending before this Court shall be stayed pending completion of the arbitration pursuant to the Arbitration Agreement;

3. All dates pending in this Court for the above-captioned action are hereby vacated;

4. This Court shall retain jurisdiction over the civil matter pending completion of the arbitration;

5. Every 90 days, or within 30 days of completion of arbitration, whichever is sooner, the parties shall submit a brief joint status report updating the Court on the progress of the arbitration process. Alternatively, the parties may submit dispositional documents by that deadline.

IT IS SO ORDERED.

Dated:   **May 21, 2025**

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

2

[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO ARBITRATE AND STAY PROCEEDINGS PENDING ARBITRATION

Error! Unknown document property name.